**STATE v. HESTER**

[367 N.C. 119 (2013)]

STATE OF NORTH CAROLINA v. DARRYL HESTER

No. 31A13

(Filed 4 October 2013)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 736 S.E.2d 571 (2012), dismissing defendant's appeal from a judgment entered on 14 October 2011 by Judge Richard D. Boner in Superior Court, Mecklenburg County. Heard in the Supreme Court on 3 September 2013.

*Roy Cooper, Attorney General, by Kathleen N. Bolton, Assistant Attorney General, for the State.*

*Franklin E. Wells, Jr. for defendant-appellant.*

PER CURIAM.

AFFIRMED.